Certificate Number: 15111-MOE-DE-030596233

Bankruptcy Case Number: 18-40555



15111-MOE-DE-030596233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2018, at 2:31 o'clock PM EST, June Theresa Guilford completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:   February 20, 2018

By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education